UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

,

            -against-                                             11-cr-0059 (LAK)

GREGORY MELLA,

                     Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The currently pending violation of supervised release is transferred to Judge Ronnie Abrams with her gracious consent.

       SO ORDERED.

Dated:       September 14, 2020

                                                               _____
                                                               Lewis A. Kaplan
                                                           United States District Judge